SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 8, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BENJAMIN T. HOWSE,<br>DEBTOR | CASE NO.: 17-51655-KMS<br>CHAPTER 7 |
| BUSINESS PROPERTY LENDING, INC. | PLAINTIFF |
| VS. | ADV. PROC.: 17-06064-KMS |
| BENJAMIN T. HOWSE | DEFENDANT |

### AGREED ORDER EXTENDING TIME TO ANSWER COMPLAINT

THIS MATTER is before the Court on the motion *ore tenus* by the Defendant for additional time to answer the adversary complaint filed herein. The Court finds that the parties hereto agree to a fourteen (14) day extension of the date that the Defendant shall answer the complaint and

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant shall have until February 21, 2018 to respond to the adversary complaint filed in this proceeding.

## END OF ORDER ##

AGREED:

*Benjamin T. Howse*
BENJAMIN T. HOWSE, PRO SE

/s/ Christopher H. Meredith
Christopher H. Meredith, MSB No. 103656
*Counsel for Business Property Lending, Inc.*