___



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 16, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: BENJAMIN T. HOWSE** | **CASE NO. 17-51655-KMS** |
| **DEBTOR** | **CHAPTER 7** |
| | |
| **BUSINESS PROPERTY LENDING, INC.** | **PLAINTIFF** |
| **v.** | **ADV. PROC. NO. 17-06064-KMS** |
| **BENJAMIN T. HOWSE** | **DEFENDANT** |

### ORDER GRANTING MOTION OF BUSINESS PROPERTY LENDING, INC. TO AMEND CERTAIN SCHEDULING ORDER DEADLINES

**THIS MATTER** is before the Court on the *Second Motion of Business Property Lending, Inc. to Amend Certain Scheduling Order Deadlines* (Dkt. # 20, the "Motion") filed by Business Property Lending, Inc. ("BPL"). The Court, having considered the Motion and the record herein, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this Court's February 28, 2018 *Scheduling Order* (Dkt. # 10, the "Scheduling Order") shall be, and it hereby is, amended so that Paragraph No. 3 of the Scheduling Order now provides: "All fact discovery shall be completed no later than August 27, 2018."

##END OF ORDER##

**PREPARED AND SUBMITTED BY:**

/s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Shauncey G. Hunter, MSB No. 109185
Michael D. Anderson, MSB No. 105523
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
manderson@cctb.com
*Counsel for Business Property Lending, Inc.*